**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: LAUFFER, CARSON § | Case No. 10-29995-BWB |
| LAUFFER, CHRISTINE § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S DEARBORN STREET
 7TH FLOOR
 CHICAGO, IL  60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 10/05/2012 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/04/2012          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: LAUFFER, CARSON | § | Case No. 10-29995-BWB |
| LAUFFER, CHRISTINE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  13,014.39 |
| *and approved disbursements of* | $  3,091.38 |
| *leaving a balance on hand of* [1] | $  9,923.01 |
| **Balance on hand:** | $  9,923.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $  0.00 |
| Remaining balance: | $  9,923.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,263.27 | 0.00 | 1,263.27 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 1,551.80 | 0.00 | 1,551.80 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 90.70 | 0.00 | 90.70 |
| Accountant for Trustee, Fees - Alan D. Lasko | 666.60 | 0.00 | 666.60 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 45.63 | 0.00 | 45.63 |
| Other Fees: A BROOKS DARLING | 3,918.01 | 0.00 | 3,918.01 |
| Other Expenses: A. BROOKS DARLING | 87.00 | 0.00 | 87.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $  7,623.01 |
| Remaining balance: | $  2,300.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,300.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,200.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Antonio Wingo | 1,200.00 | 0.00 | 1,200.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,200.00 |
| Remaining balance: | $ | 1,100.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,774.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 8,582.19 | 0.00 | 433.55 |
| 2 | Chase Bank USA, N.A. | 4,943.41 | 0.00 | 249.72 |
| 4 | GE Money Bank | 275.00 | 0.00 | 13.89 |
| 5 | Fia Card Services, NA/Bank of America | 7,974.39 | 0.00 | 402.84 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,100.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-29995-BWB
Carson D Lauffer                                                    Chapter 7
Christine A Lauffer
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: csimmons           Page 1 of 3           Date Rcvd: Sep 05, 2012
                              Form ID: pdf006          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2012.
```
db/jdb     +Carson D Lauffer,    Christine A Lauffer,    1421 N Prairie Avenue,   Joliet, IL 60435-4125
15806796   +Antonio Wingo,    919 W 86th Place Unit 1,   Chicago, IL 60620-3221
15806797   +Arthur & Patricia Falk,    4709 Old M-37 S,   Grawn, MI 49637-9752
15806799   +BAC Home Loans,    450 American Street,   Simi Valley, CA 93065-6285
15806801   +Charlene Jones,    919 W 86th Place #2,   Chicago, IL 60620-3221
15806802   +Charles Jager,    Arley Volante,   2210 Francine,   Joliet, IL 60436-1116
15806803    Chase,    P.O. Box 15298,   Wilmington, DE 19850-5298
16096225    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15806804    City of Chicago,    Department of Revenue,   PO Box 88292,   Chicago, IL 60680-1292
15806805   +Connected Property Management LLC,    3047 N Lincoln Ave # 300,   Chicago, IL 60657-4274
15806808   +GMAC Mortgage LLC,    3451 Hammond Ave,   Waterloo, IA 50702-5300
15806809    IndyMac Mortgage Services,    Home Loan Servicing,   P.O. Box 4045,   Kalamazoo, MI 49003-4045
15806812   #+Kenya Wortham,    Lorraine Eaton,   919 W 86th Place, Basement,   Chicago, IL 60620-3221
15806815   +Numark Credit Union,    P.O. Box 2729,   Joliet, IL 60434-2729
15806816   +Patti Brown,    924 Gardner,   Joliet, IL 60433-2436
15806817   +People's Energy,    130 E Randolph Dr,   Chicago, IL 60601-6302
15806818   +Peoples Energy,    130 E. Randolph Drive,   Chicago, IL 60601-6302
15806819   +Pierce & Associates, P.C.,    1 N Dearborn Street # 1300,   Chicago, IL 60602-4373
15806820   +Sameka Richards,    919 W 86th Place, 2nd Floor,   Chicago, IL 60620-3221
15806821   +Terra Radetski,    306 Theodore Street,   Joliet, IL 60403-2638
15806822   +Will County Treasurer,    302 N Chicago Street,   Joliet, IL 60432-4059
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15806798     E-mail/Text: ALSBankruptcy@aurorabankfsb.com Sep 06 2012 02:29:04     Aurora Loan Services,
              601 Fifth Avenue,   P.O. Box 1706,   Scottsbluff, NE 69363-1706
16405994     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2012 03:10:17
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK   73124-8809
15806807    +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2012 03:20:57     GE Money Bank,
              Attn: Bankruptcy Dept,   PO Box 103106,   Roswell, GA 30076-9106
16307108     E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2012 03:51:02     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15806810     E-mail/Text: cio.bncmail@irs.gov Sep 06 2012 01:57:58     Internal Revenue Service,
              P.O. Box 21126,   Philadelphia, PA 19114
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15806800   ##+Bank of America,    P. O. Box 15026,   Wilmington, DE 19850-5026
15806806   ##+Eric Voelz,    924 Gardner,   Joliet, IL 60433-2436
15806811   ##+Jennifer Christie,    Ashley Mahoney,   1908 Hickory Street,   Joliet, IL 60403-2544
15806813   ##+Mattie Lee Caples,    Edward Calvert,   1800 Inner Circle Drive,   Crest Hill, IL 60403-2310
15806814   ##+Michele L. Byrd,    1823 Burry Circle,   Crest Hill, IL 60403-2061
                                                                                   TOTALS: 0, * 0, ## 5
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: csimmons              Page 2 of 3                   Date Rcvd: Sep 05, 2012
                              Form ID: pdf006             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 07, 2012**                           **Signature:**      _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: csimmons              Page 3 of 3                   Date Rcvd: Sep 05, 2012
                              Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2012 at the address(es) listed below:

        David P Lloyd   on behalf of Trustee Thomas Sullivan courtdocs@davidlloydlaw.com
        Joel P Fonferko   on behalf of Creditor   Deutsche Bank Trust Company Americas as Trustee for RALI
         2007QS5 ND-Two@il.cslegal.com
        John A Reed   on behalf of Debtor Carson Lauffer barbf@thebankruptcylaw.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Rachael A Stokas   on behalf of Creditor   Aurora Loan Services LLC ND-Two@il.cslegal.com
        Stephen C Needham   on behalf of Creditor   BAC HOME LOANS SERVICING LP
         sneedham@noonanandlieberman.com,   igarza@noonanandlieberman.com;ccocanig@noonanandlieberman.com
        Thomas B Sullivan   tsullivan@innovalaw.com,  IL19@ecfcbis.com
        Timothy R Yueill   on behalf of Creditor   Deutsche Bank National Trust Company
         timothyy@nevellaw.com
        Yanick  Polycarpe   on behalf of Creditor   Aurora Loan Services, Inc. ypolycarpe@atty-pierce.com,
         northerndistrict@atty-pierce.com

                                                                                                                           TOTAL: 9