**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: LAUFFER, CARSON § Case No. 10-29995-BWB
       LAUFFER, CHRISTINE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3.00          Assets Exempt: $42,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,300.00     Claims Discharged
                                                       Without Payment: $20,674.99

Total Expenses of Administration: $10,714.39

---

    3) Total gross receipts of $ 13,014.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,014.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $23,914.56 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,343.65 | 10,714.39 | 10,714.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 21,774.99 | 21,774.99 | 1,100.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $62,233.20 | $33,689.38 | $13,014.39 |

     4) This case was originally filed under Chapter 7 on July 02, 2010. The case was pending for 28 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2012          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MOBILE HOME, GRAWN, MI | 1110-000 | 13,014.39 |
| **TOTAL GROSS RECEIPTS** | | **$13,014.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Numark Credit Union | 4210-000 | N/A | 23,914.56 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$23,914.56** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INNOVALAW, PC | 3110-000 | N/A | 2,520.00 | 1,551.80 | 1,551.80 |
| INNOVALAW, PC | 3120-000 | N/A | 90.70 | 90.70 | 90.70 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,051.44 | 1,263.27 | 1,263.27 |
| Alan D. Lasko | 3410-000 | N/A | 1,082.50 | 666.60 | 666.60 |
| Alan D. Lasko | 3420-000 | N/A | 45.63 | 45.63 | 45.63 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A BROOKS DARLING | 3210-600 | N/A | 6,375.00 | 3,918.01 | 3,918.01 |
| A. BROOKS DARLING | 3220-610 | N/A | 87.00 | 87.00 | 87.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 0.42 | 0.42 | 0.42 |
| HAMPEL'S INC. | 2990-000 | N/A | 105.24 | 105.24 | 105.24 |
| UPS | 2990-000 | N/A | 262.20 | 262.20 | 262.20 |
| GRAND TRAVERSE COUNTY TREASURER | 2820-000 | N/A | 39.81 | 39.81 | 39.81 |
| CENTURY 21 | 3510-000 | N/A | 750.00 | 750.00 | 750.00 |
| LAKESIDE TITLE LLC | 2500-000 | N/A | 379.45 | 379.45 | 379.45 |
| GRAND TRAVERS COUNTY REGISTER OD DEEDS | 2500-000 | N/A | 68.00 | 68.00 | 68.00 |
| BLAIR TOWNSHIP | 2820-000 | N/A | 625.69 | 625.69 | 625.69 |
| GRAND TRAVERSE COUNTY TREASURER | 2820-000 | N/A | 711.67 | 711.67 | 711.67 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 0.36 | 0.36 | 0.36 |
| UPS | 2990-000 | N/A | 23.54 | 23.54 | 23.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,343.65 | $10,714.39 | $10,714.39 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Antonio Wingo | 5600-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,200.00 | $1,200.00 | $1,200.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,582.19 | 8,582.19 | 433.55 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,943.41 | 4,943.41 | 249.72 |
| 4 | GE Money Bank | 7100-000 | N/A | 275.00 | 275.00 | 13.89 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 7,974.39 | 7,974.39 | 402.84 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $21,774.99 | $21,774.99 | $1,100.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-29995-BWB  
**Case Name:** LAUFFER, CARSON  
LAUFFER, CHRISTINE  
**Period Ending:** 11/12/12  

**Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/02/10 (f)  
**§341(a) Meeting Date:** 08/12/10  
**Claims Bar Date:** 11/16/10  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1421 N PRAIRIE AVENUE, JOLIET | 101,125.00 | 0.00 | | 0.00 | FA |
| 2  MOBILE HOME, GRAWN, MI | 50,000.00 | 31,738.56 | | 13,014.39 | FA |
| 3  TIMESHARE - ORLANDO, FL | 1.00 | 0.00 | DA | 0.00 | FA |
| 4  TIMESHARE - SILVERLEAF RESORTS | 1.00 | 0.00 | DA | 0.00 | FA |
| 5  CASH | 100.00 | 0.00 | | 0.00 | FA |
| 6  CHECKING ACCOUNT - TCF 1434 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7  CHECKING ACCOUNT - CHASE 5497 | 2,500.00 | 0.00 | | 0.00 | FA |
| 8  SAVINGS ACCOUNT -CHASE 1254 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  SAVINGS ACCOUNT-CHASE 8883 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 SAVINGS ACCOUNT-FOREST AREA FED CU 6061 | 100.00 | 0.00 | | 0.00 | FA |
| 11 MISC FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 12 MISC BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 13 MISC CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 14 MISC JEWELRY | 75.00 | 0.00 | | 0.00 | FA |
| 15 PENSION A.M. BORAD OF MINISTRIES | Unknown | 0.00 | | 0.00 | FA |
| 16 PENSION STATUS UNIVERSITY RETIREMENT | Unknown | 0.00 | | 0.00 | FA |
| 17 RETIREMENT PLAN PRIMERICA | Unknown | 0.00 | | 0.00 | FA |
| 18 RETIREMENT PRIMERICA | Unknown | 0.00 | | 0.00 | FA |
| 19 CARSTINE PROPERTY LLC | 1.00 | 0.00 | DA | 0.00 | FA |
| 20 2003 HYUNDAI ELANTRA | 2,525.00 | 0.00 | | 0.00 | FA |
| 21 2009 NISSAN MURANO | 23,700.00 | 0.00 | | 0.00 | FA |
| **21  Assets  Totals** (Excluding unknown values) | **$184,528.00** | **$31,738.56** | | **$13,014.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

PURSUING LAND CONTRACT IN MI ; PURSUING SALE OF REAL ESTATE IN MI

Printed: 11/12/2012 09:57 AM    V.13.04

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-29995-BWB  
**Case Name:** LAUFFER, CARSON  
LAUFFER, CHRISTINE  
**Period Ending:** 11/12/12

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/02/10 (f)  
**§341(a) Meeting Date:** 08/12/10  
**Claims Bar Date:** 11/16/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2011    **Current Projected Date Of Final Report (TFR):** September 4, 2012 (Actual)

Case 10-29995   Doc 69   Filed 02/04/13   Entered 02/04/13 09:26:17   Desc Main
Document      Page 8 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-29995-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | LAUFFER, CARSON | Bank Name: | The Bank of New York Mellon |
| | LAUFFER, CHRISTINE | Account: | 9200-******73-65 - Checking Account |
| Taxpayer ID #: | **-***4126 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/12/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/09/10 | {2} | ARTHUR FALK | PAYMENT ON SALE OF MOBILE HOME | 1110-000 | 514.39 | | 514.39 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-29995, Bond# 016026455 | 2300-000 | | 0.42 | 513.97 |
| 08/16/11 | 1002 | HAMPEL'S INC. | COST TO HAVE LOCKS REKEYED | 2990-000 | | 105.24 | 408.73 |
| 01/03/12 | 1003 | UPS | OVERNIGHT DELIVERY FEE | 2990-000 | | 262.20 | 146.53 |
| 01/30/12 | | LAKESIDE TITLE LLC | SALE OF MOBILE HOME | | 9,925.38 | | 10,071.91 |
| | {2} | | SALE OF MI PROPERTY    12,500.00 | 1110-000 | | | 10,071.91 |
| | | GRAND TRAVERSE COUNTY TREASURER | COUNTY TAXES    -39.81 JANUARY 2012 | 2820-000 | | | 10,071.91 |
| | | CENTURY 21 | COMMISION    -750.00 | 3510-000 | | | 10,071.91 |
| | | LAKESIDE TITLE LLC | TITLE INSURANCE,    -379.45 ETC | 2500-000 | | | 10,071.91 |
| | | GRAND TRAVERS COUNTY REGISTER OD DEEDS | RECORDATION OF    -68.00 DEED/ORDER | 2500-000 | | | 10,071.91 |
| | | BLAIR TOWNSHIP | CITY STAMPS/2011    -625.69 SUMMER/WINTER TAX | 2820-000 | | | 10,071.91 |
| | | GRAND TRAVERSE COUNTY TREASURER | 2010 TAXES    -711.67 | 2820-000 | | | 10,071.91 |
| 02/14/12 | 1004 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-29995, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 0.36 | 10,071.55 |
| 02/27/12 | 1005 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | 23.54 | 10,048.01 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,023.01 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,998.01 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,973.01 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,948.01 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,923.01 |
| 10/09/12 | 1006 | INNOVALAW, PC | Dividend paid 100.00% on $1,551.80, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,551.80 | 8,371.21 |
| 10/09/12 | 1007 | INNOVALAW, PC | Dividend paid 100.00% on $90.70, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 90.70 | 8,280.51 |
| 10/09/12 | 1008 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,263.27, Trustee Compensation;  Reference: | 2100-000 | | 1,263.27 | 7,017.24 |
| 10/09/12 | 1009 | Alan D. Lasko | Dividend paid 100.00% on $666.60, Accountant for Trustee Fees (Other Firm); | 3410-000 | | 666.60 | 6,350.64 |

Subtotals :   $10,439.77   $4,089.13

{} Asset reference(s)

Printed: 11/12/2012 09:57 AM   V.13.04

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-29995-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | LAUFFER, CARSON | | Bank Name: | The Bank of New York Mellon |
| | LAUFFER, CHRISTINE | | Account: | 9200-******73-65 - Checking Account |
| Taxpayer ID #: | **-***4126 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/12/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Reference: | | | | |
| 10/09/12 | 1010 | Alan D. Lasko | Dividend paid 100.00% on $45.63, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 45.63 | 6,305.01 |
| 10/09/12 | 1011 | A BROOKS DARLING | Dividend paid 100.00% on $3,918.01, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 3,918.01 | 2,387.00 |
| 10/09/12 | 1012 | A. BROOKS DARLING | Dividend paid 100.00% on $87.00, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 87.00 | 2,300.00 |
| 10/09/12 | 1013 | Antonio Wingo | Dividend paid 100.00% on $1,200.00; Claim# 6; Filed: $1,200.00; Reference: | 5600-000 | | 1,200.00 | 1,100.00 |
| 10/09/12 | 1014 | Chase Bank USA, N.A. | Dividend paid 5.05% on $8,582.19; Claim# 1; Filed: $8,582.19; Reference: | 7100-000 | | 433.55 | 666.45 |
| 10/09/12 | 1015 | Chase Bank USA, N.A. | Dividend paid 5.05% on $4,943.41; Claim# 2; Filed: $4,943.41; Reference: | 7100-000 | | 249.72 | 416.73 |
| 10/09/12 | 1016 | GE Money Bank | Dividend paid 5.05% on $275.00; Claim# 4; Filed: $275.00; Reference: | 7100-000 | | 13.89 | 402.84 |
| 10/09/12 | 1017 | Fia Card Services, NA/Bank of America | Dividend paid 5.05% on $7,974.39; Claim# 5; Filed: $7,974.39; Reference: | 7100-000 | | 402.84 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,439.77 | 10,439.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,439.77 | 10,439.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,439.77 | $10,439.77 | |

{} Asset reference(s)   Printed: 11/12/2012 09:57 AM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-29995-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | LAUFFER, CARSON | | **Bank Name:** | The Bank of New York Mellon |
| | LAUFFER, CHRISTINE | | **Account:** | 9200-******73-66 - Checking Account |
| **Taxpayer ID #:** | **-***4126 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/12/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******73-65** | 10,439.77 | 10,439.77 | 0.00 |
| **Checking # 9200-******73-66** | 0.00 | 0.00 | 0.00 |
| | $10,439.77 | $10,439.77 | $0.00 |

{} Asset reference(s)   Printed: 11/12/2012 09:57 AM   V.13.04